**UNITED STATES DISTRICT COURT**
*Eastern District of California*


FILED

NOV 15 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Mitchell
_____
Plaintiff(s),

vs.

AOL Time Warner
_____
Defendant(s).

et al.,
_____/

Case No. CIV S-01-1480 WBS DAD

ORDER RE: DOCUMENTS

The Clerk, having been directed to inform the court of any document which has been filed and not being in proper form, has advised that your document(s): **Miranda Warning to Defendants**

official court docket number(s) __73__, filed on __11/6/01__

is / are deficient as indicated below:

[ ]  Document(s) do not conform to Local Rule 7-131.
    [ ]  Not signed
    [ ]  Not original signature

[✓]  Filing and contents of document(s) are deficient pursuant to Local Rule 5-134.
    [✓]  Insufficient copies
    [ ]  Other: _____

[✓]  Certificate of Service deficient pursuant to F.R.C.P. 5 and Local Rule 5-135.
    [✓]  Not provided
    [ ]  Improper

[ ]  Other: _____

**THEREFORE, IT IS HEREBY ORDERED:**

[ ]  Document(s) is / are APPROVED as filed. No notice to parties required.

[✓]  Document(s) is / are STRICKEN from the record. Clerk is directed to notify party.

[ ]  Other: _____

Date: __11/13/01__                              _____
                                                 United States District Judge or Magistrate Judge

(Rev 2/98)

87

```
 1                                                   November 4, 2001 A.D.
 2
 3   Mr. Eugene J. Majeski
 4   Ropers, Majeski, Kohn & Bentley
 5   1001 Marshall Street
 6   Redwood City  94063
 7   CALIFORNIA, USA
 8
 9   Subject:  Miranda Warning, Mitchell v. AOL Time Warner et al.
10
11   Dear Mr. Majeski:
12
13                           MIRANDA WARNING
```

[FILED stamp: NOV 6 2001, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA — crossed out]

[Handwritten: CIV S-01-1480 WBS DAD PS "STRICKEN FROM THE RECORD PER ORDER DATED: 11-15-01."]

```
14        Mr.  Eugene  J.  Majeski,  pursuant  to  the  holding  of  the  U.S.

15   Supreme  Court  in  Miranda v. Arizona,  384  U.S.  436  (1966),  formal

16   NOTICE  is  hereby  given  to  you  that  you  have  the  Right  to  remain

17   silent,  under  the  Fifth Amendment;   you  have  the  Right  to  assistance

18   of  Counsel,  under  the  Sixth Amendment;   and,  any  thing  which  you  say,

19   or  do,  from  this  point  forward,  can  and  will  be  held  against  you  in

20   the  District Court of the United States.   See  18 U.S.C. 3231,  in

21   chief.

22           Notice to principals is notice to agents.

23           Notice to agents is notice to principals.

24
25   Sincerely yours,
26
27   /s/ Paul Mitchell
28
29
30   Paul Andrew Mitchell, B.A., M.S.
31   Author, Damaged Party, and Plaintiff
32   c/o Forwarding Agent
33   350 - 30th Street, #444
34   Oakland 94609
35   CALIFORNIA, USA
36
37   copy:  Clerk of Court, 501 "I" St., #4-200, Sacramento, Calif.
```

**EVIDENCE:   DO NOT DESTROY**

**Paul Andrew Mitchell**
**v.**
**AOL Time Warner, Inc. et al.**

73

```
                    United States District Court
                              for the
                    Eastern District of California
                         November 15, 2001


                    * * CERTIFICATE OF SERVICE * *


                                          2:01-cv-01480


     Mitchell

         v.

     AOL Time Warner Inc


_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 15, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Paul Andrew Mitchell                      MG/DAD
          350 30th Street
          Suite 444
          Oakland, CA  94609

          Geoffrey Alan Goodman
          Murphy Austin Adams Schoenfeld LLP
          PO Box 1319
          1000 G Street
          Third Floor
          Sacramento, CA  95812-1319

          Wesley C J Ehlers
          Pillsbury Winthrop LLP
          400 Capitol Mall
          Suite 1700
          Sacramento, CA  95814-7880

          Susan H Handelman
          Ropers Majeski Kohn and Bentley
          1001 Marshall Street
          Redwood City, CA  94063

          Walter P DeForest
          PRO HAC VICE
          DeForest and Koscelnik
```

3000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk