FILED

JAN 2 5 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ANDREW MITCHELL,

    Plaintiff,               No. CIV S-01-1480 WBS DAD PS

    vs.

AOL TIME WARNER, INC., et al.,

    Defendants.        ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 31, 2001, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

168

1. The findings and recommendations filed December 31, 2001, are adopted in full;

2. Defendants' motions to dismiss for lack of subject matter jurisdiction and failure to state a claim are granted; and

3. This action is dismissed with prejudice as to all named defendants.

DATED: 1/23/2002

_____
UNITED STATES DISTRICT JUDGE

Mitc1480.jo

```
                    United States District Court
                              for the
                    Eastern District of California
                         January 25, 2002

                  * * CERTIFICATE OF SERVICE * *

                                          2:01-cv-01480


    Mitchell

       v.

    AOL Time Warner Inc

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 25, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Paul Andrew Mitchell                   SH/WBS
          350 30th Street
          Suite 444                              MG/DAD
          Oakland, CA  94609

          Geoffrey Alan Goodman
          Murphy Austin Adams Schoenfeld LLP
          PO Box 1319
          1000 G Street
          Third Floor
          Sacramento, CA  95812-1319

          Jeffrey A Blair
          University of California
          Office of the General Counsel
          1111 Franklin Street
          Eighth Floor
          Oakland, CA  94607-5200

          Karl Kleinpaste
          PO Box 1551
          Beaver Falls, PA  15010
```

Wesley C J Ehlers
Pillsbury Winthrop LLP
400 Capitol Mall
Suite 1700
Sacramento, CA  95814-7880

Susan H Handelman
Ropers Majeski Kohn and Bentley
1001 Marshall Street
Redwood City, CA  94063

Walter P DeForest
PRO HAC VICE
DeForest and Koscelnik
3000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219

Jonathan P Lowell
Curiale Dellaverson Hirschfeld Kraemer and Sloan
727 Sansome Street
San Francisco, CA  94111

Paul Southworth
2018 N New Hamshire Avenue
Los Angeles, CA  90027

Jack L. Wagner, Clerk

BY: *L. Mena-Sanchez*
Deputy Clerk