```
                                        FILED

                                        OCT 27 2003

                                        CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                        BY_____
                                              D    C
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| PAUL ANDREW MITCHELL, | NO. CIV. S-03-1513 MCE DAD PS |
| Plaintiff, | |
| v. | |
| AOL TIME WARNER, et. al., | |
| Defendants. / | |
| PAUL ANDREW MITCHELL, | NO. CIV. S-01-1480 WBS DAD PS |
| Plaintiff, | |
| v. | ORDER |
| AOL TIME WARNER, et. al., | |
| Defendants. / | |

The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed September 11, 2003. See Local Rule 83-123. The court has, however, determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the

status of the cases, including any previous Related (or Non-Related) Case Order of this court.

       IT IS SO ORDERED.

DATED:  October 27, 2003.

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

```
                  United States District Court
                              for the
                   Eastern District of California
                         October 27, 2003


               * * CERTIFICATE OF SERVICE * *

                                        2:01-cv-01480


    Mitchell

        v.

    AOL Time Warner Inc

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 27, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Paul Andrew Mitchell                  SH/WBS
        350 30th Street
        Suite 444                             AS/MCE
        Oakland, CA  94609
                                              PB/DAD
        Geoffrey Alan Goodman
        Murphy Austin Adams Schoenfeld LLP
        PO Box 1319
        1000 G Street
        Third Floor
        Sacramento, CA  95812-1319

        Jeffrey A Blair
        University of California
        Office of the General Counsel
        1111 Franklin Street
        Eighth Floor
        Oakland, CA  94607-5200

        Karl Kleinpaste
        PO Box 1551
        Beaver Falls, PA  15010

        Wesley C J Ehlers
        Pillsbury Winthrop LLP
        400 Capitol Mall
```

Suite 1700
Sacramento, CA  95814-7880

Susan H Handelman
Ropers Majeski Kohn and Bentley
1001 Marshall Street
Redwood City, CA  94063

Walter P DeForest
PRO HAC VICE
DeForest and Koscelnik
3000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219

Jonathan P Lowell
Curiale Dellaverson Hirschfeld Kraemer and Sloan
727 Sansome Street
San Francisco, CA  94111

Glenn Stephen Guenard
Laskin and Guenard
1810 S Street
Sacramento, CA  95814

Steven Paul Bermudez
Steinhart and Falconer
333 Market Street
Suite 3200
San Francisco, CA  94105

Douglas Peter Harvey
Harvey Siskind Jacobs LLP
Four Embarcadero Center
39th Floor
San Francisco, CA  94111

Ranjitsinh Mahida
Harvey Siskind Jacobs LLP
Four Embarcadero Center
39th Floor
San Francisco, CA  94111

Paul Southworth
2018 N New Hamshire Avenue
Los Angeles, CA  90027


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk